PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Robert Moss                    Case Number: 3:01-00102-001

Name of Judicial Officer: The Honorable Thomas A. Wiseman, Jr., Senior U.S. District Judge

Date of Original Sentence: May 23, 2002

Original Offense: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Methamphetamine

Original Sentence: 97 months' custody and 5 years' supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: May 23, 2009

Assistant U.S. Attorney: None Assigned            Defense Attorney: William B. Bruce

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 15th day of July, 2013, and made a part of the records in the above case.

_____
Thomas A. Wiseman
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place   Nashville, Tennessee

Date    July 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On June 10, 2013, Mr. Moss submitted a urine sample for drug testing that was positive for methamphetamine. He denied the use of illegal drugs. The drug testing laboratory confirmed the urine sample to be positive for methamphetamine.

2. **The defendant shall participate in a program of drug testing and substance abuse treatment.**

On June 27, 2013, Mr. Moss failed to report to the probation office for random drug testing. A urine sample was taken for drug testing on June 28, 2013, that tested negative for illegal drug use.

On June 19, 2013, Mr. Moss was late to his appointment for substance abuse treatment and could not be seen.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Moss began supervision on May 23, 2009. He has maintained full-time employment during supervision and currently is employed by Tennessee Steel Erectors.

The Court was notified on July 10, 2012, that Mr. Moss had been arrested on May 29, 2012, and charged with Possession of Stolen Property by the Robertson County Sheriff's Department. He was arrested on June 6, 2012, on a warrant from Kentucky State Police for Theft by Unlawful Taking over $10,000. His case in Robertson County was dismissed on December 3, 2012. The charges in Allen County, Kentucky, were dismissed on June 5, 2013.

The Court was notified on December 11, 2012, that Mr. Moss tested positive for methamphetamine on two occasions and drank bleach with milk in an attempt to submit a negative test. As a result of the positive drug tests, drug testing was increased and he was referred for a substance abuse assessment on November 20, 2012. His substance abuse assessment was completed on February 15, 2013. Due to Mr. Moss's phones frequently being disconnected or lost, starting substance abuse treatment was delayed. He began substance abuse treatment on May 15, 2013, and remains in substance abuse treatment to date.

The Court was notified on May 16, 2013, that Mr. Moss was arrested on April 22, 2013, for Civil Contempt, due to his failure to pay child support as ordered. He also failed to report for drug testing on two occasions.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Moss be continued on supervised release with no further action at this time. He has been reprimanded for his violation behavior and advised that any additional violations of his conditions of supervised release will results in a request for summons by the Court.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer